**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Humberto Restrepo,

Plaintiff,

-against-

Raikos Electric Limited Liability Company,

Defendant.

---------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

25-CV-4947 (RER) (SDE)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated August 26, 2026, (ECF No. 14 ("R&R")), Magistrate Judge Seth D. Eichenholtz recommended that the Court treat the petition to confirm the arbitration award as an unopposed motion for summary judgment, and that the petition be granted and the award confirmed. (*Id.*) Judge Eichenholtz advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 25, 2026
Brooklyn, New York